UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. FARNSWORTH,

        Petitioner,

  v.

CHIEF KARR,

        Respondent.

CASE NO. C10-5586BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(3) Petitioner's motion to proceed *in forma pauperis* is **DENIED**; and

(2) Each of Petitioner's other pending motions are **DENIED**.

DATED this 29th day of October 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER