# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES V. FARNSWORTH

      v.

CHIEF KARR

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5586BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

Petitioner's motion to proceed *in forma pauperis* is **DENIED**; and

Each of Petitioner's other pending motions are **DENIED**.

| | |
|---|---|
| November 1, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |

                                                       *s/CM Gonzalez*
                                                       Deputy Clerk